UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Posey, | Case No. 2:24-cv-01675-CDS-DJA |
| Plaintiff | **Order Granting Plaintiff's Motion for Rule 60(b) Relief and Denying Plaintiff's Motions for Relief** |
| v. | |
| Officer C. Perez, et al., | [ECF Nos. 29, 32, 33] |
| Defendants | |

On January 22, 2026, after pro se plaintiff Anthony Posey failed to timely amend his complaint, and after considering the *Yourish* factors, I dismissed this action without prejudice. *See* Dismissal, ECF No. 20. The order advised Posey that, if he wanted to pursue the claims in this case, he would need to initiate a new action. *See id.* at 3. Thereafter, Posey filed two notices and three motions, including a motion to reopen the case. *See* ECF Nos. 23–26. The motion to reopen was returned to Posey, undocketed, because the dismissal order directed him to initiate a new action if he wished to pursue the claims from this closed case. *See* ECF No. 27.

On March 12, 2026, Posey filed a motion seeking relief under Federal Rule of Civil Procedure 60(b). *See* Mot., ECF No. 29. Therein, Posey contends that he is entitled to relief, asserting that he failed to file a timely amended complaint because he was arrested for a parole violation and, as a result, lacked adequate access to the law library and to his mail. *See id.* Posey contends that these circumstances constitute excusable neglect, so he is entitled to relief. *Id.* Also pending is Posey's motion to grant his Rule 60(b) motion. ECF No. 32. And a motion for a ruling related to ECF No. 32. Mot. for ruling, ECF No. 33. For the reasons explained herein, I grant his motion for Rule 60(b) relief and deny as moot his remaining motions.

## I.    Discussion

Federal Rule of Civil Procedure 60(b) provides relief from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

A motion under Rule 60(b) must be brought within a reasonable time and, for reasons (1), (2), and (3), no more than a year after the entry of the judgment or order or the date of the proceeding. Fed. R. Civ. P. 60(c)(1). "Rule 60(b) relief is an extraordinary remedy and is granted only in exceptional circumstances." *Odish v. Cognitive Code*, 2015 WL 13917147, at *2 (C.D. Cal. July 20, 2015) (quoting *Karraker v. Rent-A-Center, Inc.*, 411 F.3d 831, 837 (7th Cir. 2005)). A party seeking relief under Rule 60(b) bears the burden of showing relief is warranted. *See id.* (quoting *Cassidy v. Tenorio*, 856 F.2d 1412, 1415 (9th Cir. 1988)).

Although it is a close call, I find relief is warranted here. The information Posey provides about his re-arrest and the circumstances surrounding his re-incarceration is sufficiently specific to warrant reconsideration of the court's prior decision. *See Protrade Sports, Inc. v. Nextrade Holdings, Inc.*, 2006 WL 708670, at *2 (N.D. Cal. Mar. 16, 2006)). The court notes that Posey's re-arrest appears to be a consequence of his own conduct, so the court grants relief with caution. I hereby set aside the judgment issued at ECF No. 21 pursuant to FRCP 60(b)(1) and (6). I further order Posey to file an amended complaint that aligns with the instructions provided in

2

Judge Albregts's report and recommendation (ECF No. 11) **by June 1, 2026**. Posey is cautioned that failure to comply with the R&R and this order will result in dismissal of this case without further notice.

**II.      Conclusion**

IT IS HEREBY ORDERED that Posey's motion for relief under Rule 60(b) **[ECF No. 29] is GRANTED.**

IT IS FURTHER ORDERED that Posey's motions at **[ECF Nos. 32, 33] are DENIED as moot.**

The Clerk of Court is kindly directed to vacate the judgment (ECF No. 21), send a courtesy copy of the March 10, 2025 order and report and recommendation (ECF No. 11) to Posey, and reopen this case.

Dated: May 1, 2026

_____
Cristina D. Silva
United States District Judge